NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAX RACK, INC.,**
*Plaintiff-Appellant,*

**v.**

**HOIST FITNESS SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2010-1417

---

Appeal from the United States District Court for the Southern District of Ohio in No. 05-CV-0784, Judge Michael H. Watson.

---

**JUDGMENT**

---

JEFFREY S. STANDLEY, Standley Law Group, LLP, of Dublin, Ohio, argued for plaintiff-appellant. With him on the brief were JAMES L. KWAK, F. MICHAEL SPEED, JR. and MICHAEL R. STONEBROOK.

SUSAN B. MEYER, Gordon & Rees, LLP, of San Diego, California, argued for defendant-appellee. With him on the brief was JOHN L. HALLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2011          /s/ Jan Horbaly
        Date                       Jan Horbaly
                                      Clerk